IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


JUSTIN W. KIRKHAM                          )
                        Plaintiff          )
                                           )
        vs.                                ) Civil Action No. 06-899
                                           ) Judge Donetta W. Ambrose/
CLARION COUNTY PRISON; MEDICAL ) Magistrate Judge Amy Reynolds Hay
DEPARTMENT,                                )
                        Defendants         )

## ORDER

AND NOW, this 25th day of _____June_____, 2007, after the Plaintiff, Justin

W. Kirkham, filed an action in the above-captioned case,  and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties ten days

after being served with a copy to file written objections thereto, and no objections having been

filed by Plaintiff, and upon independent review of the record, and upon consideration of the

Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

        IT IS HEREBY ORDERED that case is dismissed for failure to prosecute.

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                    _____
                                    DONETTA W. AMBROSE
                                    Chief United States District Judge

cc:      Honorable Amy Reynolds Hay
           United States Magistrate Judge

           Justin W. Kirkham
           GN-8920
           SCI Albion
           10745 Route 18
           Albion,  PA 16475-0001